1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,          CASE NO. 1:22-CR-00113-JLT-SKO

13 |             Plaintiff,

14 |        v.                          MOTION AND ORDER TO UNSEAL
                                        INDICTMENT
15 | VINCENT PORTER,

16 |             Defendant.

17

18     The Indictment in this case, having been sealed by Order of the Court on March 21, 2022,

19 and it appears that it no longer needs to remain a secret.

20     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

21 Jeffrey Spivak, Assistant United States Attorney, hereby moves that the Indictment in this case be

22 unsealed and made public record.

23
    Dated: April 25, 2022                         PHILLIP A. TALBERT
24                                                United States Attorney
25
                                            By:   /s/ JEFFREY SPIVAK
26                                                JEFFREY SPIVAK
                                                  Assistant United States Attorney
27

28

MOTION AND PROPOSED ORDER TO UNSEAL            1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00113-JLT-SKO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| VINCENT PORTER, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on March 21, 2022, be unsealed and become public record.

IT IS SO ORDERED.

DATED: 4/25/2022

*Sheila K. Oberto*
Honorable SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE