1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                 IN THE UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO.  1:22-CR-00113-JLT-SKO

12                    Plaintiff,
                                        JOINT STATUS REPORT AND STIPULATION
13              v.                      REGARDING EXCLUDABLE TIME PERIODS
                                        UNDER SPEEDY TRIAL ACT; ORDER
14 VINCENT PORTER,
                                        DATE: July 20, 2022
15                    Defendant.        TIME: 1:00 p.m.
                                        COURT: Hon. Sheila K. Oberto
16

17

18      This case is set for status conference July 20, 2022.  As set forth below, the parties now move, by

19 stipulation, to continue the status conference to November 2, 2022, and to exclude the time period

20 between July 20, 2022 and November 2, 2022 under the Speedy Trial Act.

21      The government apologies for the late filing of this stipulation.  The parties agreed to a

22 continuance on July 12, 2022, and the government believed it had filed the stipulation, but it appears

23 failed to do so.  Defense counsel Assistant Federal Defender Christina Corcoran is in training this week

24 and next week.

25                                    **STIPULATION**

26      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

27 through defendant's counsel of record, hereby stipulate as follows:

28      1.      By previous order, this matter was set for status on July 20, 2022.

        2.      By this stipulation, defendant now moves to continue the status conference until

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1 November 2, 2022, and to exclude time between July 20, 2022, and November 2, 2022, under Local

2 Code T4.

3 ///

4     3.     The parties agree and stipulate, and request that the Court find the following:

5         a)     The government has represented that the discovery associated with this case is

6 voluminous and includes many thousands of pages of documents, financial records, witness

7 interviews, investigative reports, and other evidence.  This is a large scale financial fraud case.

8 All of this discovery has been either produced directly to counsel and/or made available for

9 inspection and copying.

10         b)     Counsel for defendant desires additional time to consult with his/her client,

11 review the charges, conduct investigation and research, review discovery and discuss potential

12 resolution of the case.   The COVID-19 Pandemic continues to make certain tasks, such as client

13 meetings, and certain aspects of case investigation more difficult and more time consuming.  .

14         c)     Counsel for defendant believes that failure to grant the above-requested

15 continuance would deny him/her the reasonable time necessary for effective preparation, taking

16 into account the exercise of due diligence.

17         d)     The government does not object to the continuance.

18         e)     Based on the above-stated findings, the ends of justice served by continuing the

19 case as requested outweigh the interest of the public and the defendant in a trial within the

20 original date prescribed by the Speedy Trial Act.

21         f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

22 et seq., within which trial must commence, the time period of July 20, 2022 to November 2,

23 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

24 T4] because it results from a continuance granted by the Court at defendant's request on the basis

25 of the Court's finding that the ends of justice served by taking such action outweigh the best

26 interest of the public and the defendant in a speedy trial.

27 ///

28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1 ///

2 ///

3 ///

4      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

5 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

6 must commence.

7      IT IS SO STIPULATED.

8

9
   Dated:  July 19, 2022
10                                                    PHILLIP A. TALBERT
                                                      United States Attorney
11

12                                                    /s/ JEFFREY A. SPIVAK
                                                      JEFFREY A. SPIVAK
13                                                    Assistant United States Attorney

14

15
   Dated:  July 19, 2022
                                                      HEATHER E. WILLIAMS
16                                                    Federal Defender

17                                                    /s/ Erin Snider for
                                                      Christina Corcoran
18                                                    Assistant Federal Defender
                                                      Counsel for Defendant
19

20

21

22                                **ORDER**

23      IT IS SO ORDERED.

24

25
   DATED:   7/19/2022                                 _Sheila K. Oberto_
26                                                    HON. SHEILA K. OBERTO
                                                      UNITED STATES MAGISTRATE JUDGE
27

28

STIPULATION REGARDING EXCLUDABLE TIME                        3
PERIODS UNDER SPEEDY TRIAL ACT