PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                v.<br><br>VINCENT PORTER,<br><br>                    Defendant. | CASE NO. 1:22-CR-00113-JLT-SKO<br><br>JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 30, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

       This case is set for status conference August 30, 2023. As set forth below, the parties now move, by stipulation, to continue the status conference to December 6, 2023, and to exclude the time period between August 30, 2023 and December 6, 2023 under the Speedy Trial Act.

**STIPULATION**

       Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

       1.     By previous order, this matter was set for status on August 30, 2023.

       2.     By this stipulation, defendant now moves to continue the status conference until December 6, 2023, and to exclude time between August 30, 2023 and December 6, 2023 under Local Code T4.

       3.     The parties agree and stipulate, and request that the Court find the following:

           a)     The government has represented that the discovery associated with this case is

voluminous and includes many thousands of pages of documents, financial records, witness interviews, investigative reports, and other evidence.  This is a large scale financial fraud case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)  Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.   The COVID-19 Pandemic continues to make certain tasks, such as client meetings, and certain aspects of case investigation more difficult and more time consuming.

c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 30, 2023 to December 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

Dated:  August 20, 2023

        PHILLIP A. TALBERT
        United States Attorney

        /s/ JEFFREY A. SPIVAK
        JEFFREY A. SPIVAK
        Assistant United States Attorney

Dated:  August 20, 2023

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Christina Corcoran
        Christina Corcoran
        Assistant Federal Defender
        Counsel for Defendant

**ORDER**

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

        IT IS SO ORDERED.

DATED:   8/25/2023

        *Sheila K. Oberto*
        THE HONORABLE SHEILA K. OBERTO
        UNITED STATES DISTRICT JUDGE