HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VINCENT ELLIOT PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT ELLIOT PORTER,<br><br>Defendant. | Case No. 1:22-cr-00113-JLT-SKO<br><br>**STIPULATION FOR CONTINUANCE OF TRIAL DATE; ORDER**<br><br>Date:   April 22, 2025<br>Time:  8:30 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for Vincent Elliot Porter, that the Court may continue the jury trial currently scheduled for October 8, 2024, at 8:30 a.m. until April 22, 2025, at 8:30 a.m.  The parties make this request for the following reasons:

1. The government has produced voluminous discovery in this case, consisting of 46,844 Bates-marked pages. The government produced supplemental discovery on July 24, 2024, consisting of 1,717 Bates-marked pages.

2. Defense counsel requires time to review discovery, conduct necessary investigation, and prepare for trial.

3. Furthermore, in the last month, the parties learned that two witnesses passed away, which raises significant new potential evidentiary and legal issues that the parties need to

1  navigate and potentially resolve.

2      4.    Defense counsel further believes this case may require significant briefing on
3  motions prior to trial, which may be further complicated by these recent developments.

4      5.    In light of the complex nature of the case, the voluminous discovery, and the
5  recently emerged legal and factual issues, the parties believe that continued time for plea
6  negotiations and/or potential litigation is necessary and would serve the interest of judicial
7  economy.

8      6.    Defense counsel believes that failure to grant the above-requested continuance
9  would deny her the reasonable time necessary for effective preparation, taking into account the
10 exercise of due diligence.

11     7.    The government joins the request for a continuance for the aforementioned
12 reasons.

13     8.    Based on the above-stated findings, the ends of justice served by continuing the
14 case as requested outweigh the interest of the public and the defendant in a trial within the
15 original date prescribed by the Speedy Trial Act.

16     9.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
17 *et seq.*, within which trial must commence, the time period of October 8, 2024, to April 22, 2025,
18 inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**IT IS SO STIPULATED.**

                                                Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 28, 2024            */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: August 28, 2024            */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
VINCENT ELLIOT PORTER


# O R D E R

**IT IS SO ORDERED.** The jury trial currently scheduled for October 8, 2024, at 8:30 a.m. is hereby vacated and reset for a jury trial on April 22, 2025, at 8:30 a.m. For the reasons set forth in the stipulation, the time period of October 8, 2024, to April 22, 2025, inclusive, is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

   Dated:   **August 28, 2024**                                          _/s/ Jennifer L. Thurston_
                                                                          UNITED STATES DISTRICT JUDGE