1  MICHELE BECKWITH
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:22-CR-00113-JLT-SKO

12                 Plaintiff,
                                        STIPULATION AND REQUEST FOR TRIAL
13        v.                            SCHEDULING CONFERENCE; ORDER

14 VINCENT PORTER,                      TRIAL DATE: April 22, 2025
                                        TIME: 9:00 a.m.
15                 Defendant.           COURT: Hon. Jennifer L. Thurston

16

17    This case is set for jury trial on April 22, 2025. On December 5, 2024, the Court indicated that
18 due to the unavailability of the Court, the parties should meet and confer regarding a new trial date.
19 Unfortunately, the parties have been unable to reach a resolution of the issue, and request a scheduling
20 conference on Tuesday, February 18, 2025.

21                                    **STIPULATION**

22    Plaintiff United States of America, by and through its counsel of record, and defendant, by and
23 through defendant's counsel of record, hereby stipulate as follows:

24    1.    By previous order, this matter was set for trial on April 22, 2025.

25    2.    On December 5, 2024, the Court indicated that due to the unavailability of the Court, the
26 parties should meet and confer regarding a new trial date. Unfortunately, the parties have been unable to
27 reach a resolution of the issue, and request a scheduling conference to seek the Court's assistance.

28

STIPULATION AND REQUEST FOR TRIAL         1
SETTING CONFERENCE

3. The Defense has indicated that due to defense counsel's schedules, and due to witness schedules, including a defense expert witness's schedule, Defense will not be prepared to proceed to trial until September 2025.

4. The United States objects to the delay and seeks a trial date no later than May or June 2025. The United States notes that one of the victims of the case, R.G., the victim for Counts 1 through 3, passed away during the pendency of the case. The United States has concerns about further delay.

5. The parties stipulate and request that the Court set a trial scheduling conference on February 18, 2025 at 9:00 am before the Hon. Jennifer L. Thurston, or at another date convenient for the Court.

IT IS SO STIPULATED.

Dated: February 11, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: February 11, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ Christina Corcoran
Christina Corcoran
Assistant Federal Defender
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: **February 12, 2025**

UNITED STATES DISTRICT JUDGE