HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
VINCENT ELLIOT PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT ELLIOT PORTER,<br><br>Defendant. | Case No. 1:22-cr-00113-JLT-SKO<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Vincent Elliot Porter, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Pursuant to this requested waiver, because of Mr. Porter's work schedule, he wishes to allow the Federal Defender's Office to proceed in his absence at the trial scheduling conference set for February 18, 2025

DATED: February 13, 2025             */s/ Vincent Elliot Porter*
                                     VINCENT ELLIOT PORTER
                                     Defendant

DATED: February 13, 2025             */s/ Christina M. Corcoran*
                                     CHRISTINA M. CORCORAN
                                     Assistant Federal Defender
                                     Attorney for VINCENT PORTER

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings, including the February 18, 2025 trial scheduling conference, until further order.

IT IS SO ORDERED.

Dated:   **February 13, 2025**                              _____
                                                            UNITED STATES DISTRICT JUDGE

Vincent Elliot Porter: Rule 43 Waiver