1 | KIMBERLY A. SANCHEZ
Acting United States Attorney
2 | JEFFREY A. SPIVAK
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |

6 | Attorneys for Plaintiff
United States of America
7 |

8 |

IN THE UNITED STATES DISTRICT COURT

9 |

EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,           CASE NO. 1:22-CR-00113-JLT-SKO

12 |                    Plaintiff,      STIPULATION AND ORDER TO VACATE TRIAL
                                       DATE AND SET CHANGE OF PLEA HEARING
13 |              v.
                                       TRIAL DATE: September 23, 2025
14 | VINCENT ELLIOT PORTER,            TIME: 8:30 a.m.
                                       COURT: Hon. Jennifer L. Thurston
15 |                    Defendant.

16 |

17 |       This case is set for Jury Trial on September 23, 2025, and time is presently excluded under the

18 | Speedy Trial Act through and including the trial date. On July 16, 2025, the parties filed a plea

19 | agreement. (Doc. 41). Accordingly, the parties stipulate and request that the Court vacate the trial date

20 | in the case and set a change of plea hearing for September 22, 2025 at 9:00 am.

21 |       IT IS SO STIPULATED.

22 |

23 | Dated: July 16, 2025                    KIMBERLY A. SANCHEZ
                                            Acting United States Attorney
24 |

25 |                                         /s/ JEFFREY A. SPIVAK
                                            JEFFREY A. SPIVAK
26 |                                         Assistant United States Attorney

27 |

28 |

1

Dated:  May 22, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ Christina Corcoran
Christina Corcoran
Assistant Federal Defender
Counsel for Defendant

**ORDER**

The September 23, 2025 trial date in this case is vacated.  The Court sets this matter for a change of plea hearing on September 22, 2025 at 9:00 am.

IT IS SO ORDERED.

Dated:   **July 16, 2025**

UNITED STATES DISTRICT JUDGE