1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, Bar #344683
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  VINCENT ELLIOT PORTER

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Case Nos. 1:22-cr-00113-JLT-SKO

12             Plaintiff,
                                          STIPULATION TO CONTINUE SENTENCING
13   vs.                                  HEARING; ORDER

14   VINCENT ELLIOT PORTER,

15             Defendant.

16

17         **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18   counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant

19   Federal Defender Christina M. Corcoran, counsel for defendant VINCENT ELLIOT PORTER,

20   that the Court may continue the sentencing hearing from January 5, 2026 to March 2, 2026.

21         The requested continuance is necessary for the defense to complete its investigation

22   pertaining to sentencing.  Counsel for the government and Probation have no objections to the

23   requested change of date.

24         As this is a sentencing hearing, no exclusion of time is necessary.

25   / / /

26   / / /

27   / / /

28   / / /

1

Respectfully submitted,

2

ERIC GRANT
United States Attorney

3

4

Date: December 30, 2025

*/s/ Chan Hee Chu*_____
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

5

6

7

HEATHER E. WILLIAMS
Federal Defender

8

9

Date: December 30, 2025

*/s/ Christina M. Corcoran*___
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
VINCENT ELLIOT PORTER

10

11

12

13

## **O R D E R**

14

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing

15

currently scheduled for January 5, 2026, to March 2, 2026.

16

17

IT IS SO ORDERED.

18

Dated:  **December 31, 2025**

_____
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Porter / Stipulation and
Proposed Order